690

The People of the State of New York, Respondent, v. Joseph Lesser, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of James F. Cahill, Petitioner, against Grover A. Whalen, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements. No opinion.. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

George J. Schnatz Iron Works, Inc., Respondent, v. 1765 Montgomery Avenue Corporation, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Mary Brennan, Respondent, v. Harriett J. Rosemarin and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Charles H. McCarthy, Appellant, v. Charles W. Culkin, as Sheriff of New York County, Respondent.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

William Corksdale, Respondent, v. The New York, New Haven and Hartford Railroad Company, a Foreign Corporation, Appellant.— Orders affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Sidney Z. Stone, Respondent, v. Paterson Mutual Hosiery Mills, Inc., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that there was no modification of the contract was against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Joel G. Curtis and Others, Respondents, v. Jacob Kallenberg, the First Name " Jacob " Being Fictitious, etc., and Another, Defendants, Impleaded with The Eagle Indemnity Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Max Stern, Respondent, v. Isidore Deitelbaum and Alexander Tardos, Appellants.— Judgment affirmed, with costs; the 11th finding of fact reversed as erroneous and inconsistent with the other findings. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Maybelle D. Ely and Alfred S. Ely, Appellants, v. Noah Schiller, Respondent.— Judgments reversed and new trial ordered, with costs to appellants to abide event, upon the ground that the evidence adduced at the trial was sufficient to justify the jury in finding that the defendant was negligent in his method and manner of treating plaintiff Maybelle D. Ely and that the injuries to said plaintiff resulted from such negligence of the defendant. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.